*Robert B. Knowles, Walter G. Dunnington* and *Thomas J. Blake* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGH-LIN, CRANE, ANDREWS and LEHMAN, JJ.

---

In the Matter of the Application of MARY ISENBARTH, Respondent, *v.* MICHAEL BARTNETT, as Inspector of Buildings of the City of New Rochelle, Appellant.

*New Rochelle (city of) — building zones — when mandamus properly granted to compel issuance of permit for erection of business building.*

*Matter of Isenbarth* v. *Bartnett,* 206 App. Div. 546, affirmed.

(Argued February 20, 1924; decided April 1, 1924.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the second judicial department, entered October 19, 1923, which unanimously affirmed an order of Special Term granting a motion for a peremptory order of mandamus to compel the inspector of buildings of the city of New Rochelle to issue a permit for the erection of a business building on premises fronting on North avenue in that city. The building inspector had refused the permit on the sole ground that the zoning ordinance of New Rochelle restricted petitioner's premises to a residential use.

*Charles A. Van Auken* for appellant.

*John M. Holzworth* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGH-LIN, CRANE, ANDREWS and LEHMAN, JJ.